JOHN B. MURPHY et al., Respondents, *v.* EVERETT W. DE REVERE, JR., Respondent; SALVATORE TARANTELLI et al., Defendants, and THE PRESIDENT AND TRUSTEES OF THE VILLAGE OF OSSINING, Appellants.

Submitted April 21, 1952; decided May 29, 1952.

*William F. McNulty* and *Ubaldo N. Marino* for motion.

*Morton Sokol, Thomas J. O'Neill* and *Daniel Danziger* opposed.

Motion denied, with $10 costs and necessary printing disbursements, upon the ground that an appeal lies as of right.